UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03541-JLS-AJR Date: August 11, 2026
Title: Lifted Liquids, Inc. v. Ranco, LLC et al

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

Kelly Davis
Deputy Clerk

N/A
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:

Not Present Not Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

On April 2, 2026, Plaintiff Lifted Liquids, Inc. filed the Complaint in this action against Defendant RanCo, LLC. (Compl., Doc 1.) The Complaint alleges that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, because there is "complete diversity of citizenship between the parties" and "the amount in controversy exceeds $75,000[.]" (*Id.* ¶ 5.)

"Federal courts are courts of limited jurisdiction." *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994). As the party invoking federal jurisdiction, Plaintiff has the burden of establishing that this case is within the Court's jurisdiction. *See id.* Here, Plaintiff's allegations are insufficient to establish complete diversity of citizenship, as Plaintiff fails to allege sufficient facts going to the citizenship of Defendant RanCo, LLC. Plaintiff states that RanCo, LLC "is a Delaware limited liability company with a principal place of business at 600 East 8th Street, Whitefish, Montana," and that it "conducts business in California." (Compl. ¶ 3.) However, "an LLC is a citizen of every state of which its owners/members are citizens." *Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). Although Plaintiff further states that it "is further informed and believes, and on that basis alleges, that Defendant RanCo, LLC is wholly owned by CFN Enterprises, Inc., a Delaware corporation," it does

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 2:26-cv-03541-JLS-AJR Date: August 11, 2026
Title: Lifted Liquids, Inc. v. Ranco, LLC et al

not provide information sufficient to ascertain this entity's citizenship. *See* 28 U.S.C. § 1332(c)(1).

Accordingly, Plaintiff is ORDERED to show cause, in writing, no later than **seven (7) days** from the date of this Order, why this action should not be dismissed for want of federal jurisdiction. Failure to timely respond will result in the dismissal of this action.

Initials of preparer: kd