JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LIFTED LIQUIDS, INC., an Illinois corporation,

Plaintiff,

v.

RANCO, LLC, a Delaware limited liability company; and DOES 1 THROUGH 50, inclusive,

Defendant.

Case No. 2:26-cv-03541-JLS-AJR

**JUDGMENT**

Pursuant to the Court's September 8, 2026 Order Granting in Part Plaintiff Lifted Liquids, Inc.'s ("Plaintiff") Motion for Default Judgment (Doc. 27) against Defendant Ranco, LLC,

IT IS HEREBY ORDERED, ADJUDICATED and DECREED that:

1. Judgment is ENTERED in favor of Plaintiff Lifted Liquids, Inc. and against Defendant Ranco, LLC on Plaintiff's first claim for breach of contract, third claim for action for the price (California Commercial Code § 2709), and fourth claim for account stated.

2. Plaintiff's second claim for unjust enrichment is DENIED.

3. Plaintiff Lifted Liquids, Inc. is awarded damages in the amount of $304,475.00 against Defendant Ranco, LLC.

4. Plaintiff's request for attorneys' fees is DENIED.

5. The Clerk is directed to enter this Judgment forthwith. The case is ordered closed.

Date: September 17, 2026

HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE